IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CLARK,

      Plaintiff,                       No. CIV S-02-2689 FCD GGH P

    vs.

L. WARREN, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2005, plaintiff filed a motion requesting that the court permit him to depose inmate Douglas Young. Plaintiff does not state that he will be able to pay the costs of the deposition. See Fed. R. Civ. P. 30(b)(2)(party taking the deposition shall bear cost of the recording); Rule 30(b)(4)(a deposition shall be conducted before an officer designated under Rule 28).

        The court is not authorized to waive, in actions in which the moving party is proceeding in forma pauperis, the cost related to conducting despositions. See Tedder v. Odell, 890 F.2d 210, 211-212 (9th Cir. 1989)(finding no statutory authority allowing district courts to waive, in in forma pauperis actions, the payment of witness fees). Because plaintiff does not

1 indicate that he will be able to pay the costs of conducting the deposition, the motion is denied.[1]

2 On September 21, 2005, plaintiff also filed a motion stating that prison officials at Mule Creek State Prison (MCSP) refuse to make copies of prison regulations. Plaintiff alleges that he needs copies of these regulations in order to conduct discovery. Defendants are directed to respond to this motion and inform the court what policy is followed at MCSP regarding the copying of regulations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 21, 2005, motion for an order permitting him to depose inmate Young is denied;

2. Within twenty days of the date of this order, defendants shall file a response to plaintiff's September 21, 2005, motion alleging that he cannot obtain copies of regulations.

DATED:   10/20/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
cl2689.den

---

[1] Plaintiff may obtain a verified declaration from inmate Young to submit in support of a summary judgment motion. The court will order inmate Young to appear at trial as a witness, if necessary.