1

2

3

4                    UNITED STATES DISTRICT COURT

5                   EASTERN DISTRICT OF CALIFORNIA

6                        SACRAMENTO DIVISION

7

8    MICHAEL CLARK,                          Case No. 2:02-cv-2689 FCD GGH P

                                Plaintiff,   **ORDER GRANTING REQUEST FOR**
9                                            **EXTENSION OF TIME TO FILE**
                                             **DISPOSITIVE MOTION**
10        v.

11   WARREN, et al.,

                                Defendants.
12

13
             The Court has considered defendants' request for an extension of time to file a
14
     dispositive motion, and good cause appearing,
15
             IT IS HEREBY ORDERED that the deadline for filing a dispositive motion shall
16
     be extended 30 days to February 20, 2006.
17

18
     Dated: 1/18/06
19                                    /s/ Gregory G. Hollows

20                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27   cla2689.eot

28
     _____
         **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**
                                        1