IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CLARK,

    Plaintiff,                   No. CIV S-02-2689 FCD GGH P

    vs.

L. WARREN, et al.,

    Defendants.             ORDER

_____/

        On September 21, 2005, plaintiff filed a motion stating that prison officials at Mule Creek State Prison (MCSP) refused to make copies of prison regulations. Plaintiff alleged that he needed copies of these regulations in order to conduct discovery. On October 20, 2005, the court ordered defendants to respond to this motion within twenty days and inform the court what policy is followed at MCSP regarding the copying of regulations.

        On November 8, 2005, defendants filed a response to the October 20, 2005, order. In this response, defendants describe the MCSP copy policy. Defendants also state that from August 21, 2004, to the present, plaintiff submitted 315 separate requests for copying on 63 dates, and 314 of those requests were granted. The only copying request denied plaintiff since August 31, 2004, was the request made on October 28, 2004. In denying this request, library staff told plaintiff that additional information was needed to grant the request.

1

1       After reviewing the record, it appears that plaintiff is able to obtain copies of
2 documents that he requires in order to litigate this action.
3       Accordingly, IT IS HEREBY ORDERED that plaintiff's September 21, 2005,
4 motion for an order permitting the copying of documents is denied.
5 DATED: 1/31/06

7       /s/ Gregory G. Hollows
8       GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

10 ggh:kj
   cla2689.cop