1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL CLARK,

11          Plaintiff,                    No. CIV S-02-2689 FCD GGH P

12      vs.

13   L. WARREN, et al.,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Pending before the court is plaintiff's January 10, 2006, request to vacate the

18   scheduling order.  Pursuant to the August 3, 2006, scheduling order, the cut-off date for pretrial

19   motions was January 20, 2006.  On February 16, 2006, defendants filed a summary judgment

20   motion after having been granted an extension of time.

21          Plaintiff claims that he requires additional time to prepare his own summary

22   judgment motion on several grounds.  First, plaintiff contends that he has several motions to

23   compel pending before the court.  On February 6, 2006, the court issued an order addressing

24   plaintiff's motions to compel.

25          Plaintiff next argues that he requires additional time to prepare his summary

26   judgment motion because on November 15, 2005, he conducted depositions and has yet to

                                            1

1  receive the transcripts.  Plaintiff alleges that the reporter from the deposition mailed the

2  transcripts to plaintiff's mother, who is prohibited from mailing them to plaintiff.  Plaintiff

3  claims that the reporter has refused to permit plaintiff's mother to return the transcripts.  Plaintiff

4  states that he may be required to file a lawsuit in state court regarding this matter.

5          The court will  not delay the resolution of this action while plaintiff engages in

6  state court litigation regarding his access to transcripts.  The court will grant plaintiff thirty days

7  from the date of this order to file his summary judgment motion as well as his opposition to

8  defendants' motion.[1]

9          Plaintiff next states that he requires an extension of time because he only recently

10  reviewed the transcript from his own deposition.  Plaintiff states that he will require two weeks

11  before he can obtain a finalized transcript.  As stated above, the court will grant plaintiff an

12  extension of thirty days from the date of this order.

13          Accordingly, IT IS HEREBY ORDERED that:

14          1.  Plaintiff's January 10, 2006, request to vacate the scheduling order is denied;

15          2.  Plaintiff is granted thirty days from the date of this order to file his cross-

16  motion for summary judgment and his opposition to defendants' summary judgment.

17  DATED:  2/22/06

18                                              /s/ Gregory G. Hollows

19                                              _____
                                                GREGORY G. HOLLOWS
20                                              UNITED STATES MAGISTRATE JUDGE

21

22  ggh:kj
    cl2689.ord
23

24

25

26      [1]  The court will consider a motion filed by plaintiff requesting access to the transcripts.