BILL LOCKYER, Attorney General
 of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
DAVID A. CARRASCO, SBN 160460
Supervising Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
    Fax: (916) 324-5205
    E-mail: David.Carrasco@doj.ca.gov

Attorneys for Defendants
Warren, Elorza, Williams, Driggers, Enriquez, Rianda, and Alameida
SA2003100868

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MICHAEL CLARK, | Case No. 2:02-cv-2689 FCD GGH P |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| WARREN, et al., | |
| Defendants. | |

   The Court has considered Defendants' request for an extension of time to file a reply to the opposition of their motion for summary judgment, and good cause appearing,

   IT IS ORDERED that the deadline for filing the reply shall be extended 12 days from the current due date to April 17, 2006.

Dated: 4/11/06
                               /s/ Gregory G. Hollows
                               _____
                               UNITED STATES MAGISTRATE JUDGE

cl2689.sj     ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE
              REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
                                      1