1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL CLARK,

11                Plaintiff,                         No. CIV S-02-2689 FCD GGH P

12        vs.

13   L. WARREN, et al.,

14                Defendants.                        ORDER

15   _____/

16                Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

1

1        On April 25, 2006, plaintiff filed a motion to re-open discovery.  After reviewing

2   the record, the court finds no good cause to re-open discovery.  Plaintiff's motion is denied.[1]

3        Because cross-motions for summary judgment are pending before the court, the

4   May 12, 2006, pretrial conference and August 1, 2006, jury trial dates are vacated.  These dates

5   will be re-set at a later date if appropriate.

6        On April 25, 2006, plaintiff filed a motion requesting that he be permitted to call

7   an inmate witness at trial.  Because the pretrial conference and jury trial dates have been vacated,

8   this motion is vacated as premature.  Plaintiff may re-file his motion at a later date, if

9   appropriate.

10       Accordingly, IT IS HEREBY ORDERED that:

11       1. Plaintiff's April 25, 2006 motion for the appointment of counsel is denied;

12       2.  Plaintiff's April 25, 2006, motion to re-open discovery is denied;

13       3.  Plaintiff's April 25, 2006, motion requesting that he be permitted to call an

14   inmate witness is vacated;

15       4.  The May 12, 2006, pretrial conference and August 1, 2006, jury trial dates are

16   vacated; these dates will be re-set at a later date if appropriate.

17   DATED:  5/5/06

                                    /s/ Gregory G. Hollows
18                                  _____
19                                  GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

20   GGH:bb
     clar2689.31
21

22

23

24

25   _____

26       [1]   On February 6, 2006, the court denied fourteen separate motions to compel filed by
     plaintiff.